E-FILED
Friday, 29 June, 2007 01:30:59 PM
Clerk, U.S. District Court, ILCD

CDIL PROB 22
(Rev. 4/97)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
99-30014-003

DOCKET NUMBER *(Rec. Court)*
4:07CR00303 ERW

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION Springfield |
|---|---|---|
| Carl Buchholz<br>7301 Sarawood<br>Cedar Hill, Missouri 63016 | NAME OF SENTENCING JUDGE<br>Jeanne E. Scott | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 01/08/07 |

FILED
MAY 1 1 2007
U.S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

OFFENSE

(Count 1) Attempt to Possess Marijuana With Intent to Distribute and (Count 4) Carrying a Firearm During and in Relation to a Drug Trafficking Offense

FILED
JUN 2 2 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Missouri upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

02-22-07
Date

*signature*
JEANNE E. SCOTT
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/13/07
Effective Date

*signature*
United States District Judge