

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

TEL: 217.492.4020
FAX: 217.492.4028

July 3, 2007

U.S. District Clerk's Office
Eastern District of Missouri
Thomas F. Eagleton Courthouse
111 S. 10th Street, Suite 3.300
St Louis, MO   63102

RE: USA V CARL BUCHHOLZ
CASE NO.  99-30014

Dear Clerk:

Pursuant to the executed Transfer of Jurisdiction filed in this office on June 22, 2007, enclosed please find certified copies of the following:

1. Docket Sheet
2. Transfer of Jurisdiction
3. Judgment and Commitment
4. Financial ledger

Please be advised that this file is being stored in the National Records Center.   Should you require additional documents, please notify our office and we will take the appropriate steps to retrieve the file.

I am also enclosing a copy of this letter. Please acknowledge receipt of the above documents.

Very truly yours,

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT

By: s/Marleen Cooke
            Deputy Clerk

Enclosure(s)
JMW/mrc